## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

THOMAS J. HARCLERODE,        :   No. 203 WAL 2018
                          :
           Petitioner        :
                          :   Petition for Allowance of Appeal from
                          :   the Order of the Commonwealth Court
          v.                 :
                          :
EVERETT AREA SCHOOL DISTRICT   :
SUPERINTENDENT AND SCHOOL     :
BOARD,                            :
                          :
          Respondents      :


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 26th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.